1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  Assistant United States Attorney

4       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
5       Telephone: (415) 436-6925
        FAX: (415) 436-6748
6       Sara.winslow@usdoj.gov

7  Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GARCIA GONZALEZ, | C 20-3084 EMC |
| Petitioner. | **STIPULATION AS MODIFIED TO STAY PROCEEDINGS** |
| v. | |
| BARR, *et al.*, | |
| Respondents. | |

Subject to the Court's approval, Petitioner and Respondent, through their undersigned counsel of record, HEREBY STIPULATE as follows:

Petitioner filed a writ of habeas corpus and a motion for a temporary restraining order on May 5, 2020. Petitioner, who is detained at Yuba County Jail, is a class member in the *Zepeda Rivas v. Jennings*, 3:20-cv-02731-VC, litigation. Pursuant to the temporary restraining order in *Zepeda*, the *Zepeda* court will make a determination whether to order his release. Accordingly, the parties agree to stay this petition until the earlier of May 19, 2020, or when one of the following conditions is met: 1) the *Zepeda* court makes a determination on his release; or 2) the *Zepeda* injunction is stayed by a higher court. The parties will provide a status report in 14 days on Petitioner's custody status and whether further proceedings are required in this matter. If this stay is lifted and Mr. Garcia Gonzalez has not

been released, the Court will order the government to respond to Mr. Garcia Gonzalez's prolonged detention claims.

DATED: May 7, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney
*/s/*
SARA WINSLOW
Assistant United States Attorney
Attorneys for Respondent

DATED: May 6, 2020

*/s/ Kari Hong* .
Kari Hong
Kathleen Anne Kavanagh
Mariel Elyse Villarreal
Attorneys for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED: _May 6, 2020_____

HON. EDWARD M. CHEN

STIP; ORDER
C 20-3084 EMC