UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUVENAL GARCIA GONZALEZ,

          Plaintiff,

    v.

WILLIAM P. BARR, et al.,

          Defendants.

Case No.  20-cv-03084-EMC

**ORDER LIFTING STAY AND REQUIRING GOVERNMENT TO RESPOND**

Docket No. 10

On May 5, 2020, Juvenal Garcia Gonzalez filed a habeas petition and a request for a temporary restraining order with this Court.  *See* Docket Nos. 1, 2.  His claims involve two assertions; one, that the current conditions of confinement at the Yuba County Jail, where he is being detained, create such a risk of exposure to COVID-19 that they violate his due process rights, and two, that Mr. Garcia Gonzalez is experiencing prolonged detention in violation of the Eighth Amendment.  *Id.*  Mr. Garcia Gonzalez is also part of the *Zepeda Rivas* class action, currently pending before Judge Chhabria (*see* Case No. 3:20-cv-02731-VC).  Accordingly, the parties anticipated that, pursuant to the temporary restraining order in *Zepeda Rivas*, Judge Chhabria would make a determination as to whether to order Mr. Garcia Gonzalez's release.

On May 6, 2020, in light of those proceedings, the parties stipulated to a stay of the proceedings before this Court, *see* Docket No. 8, which the Court approved on May 7, 2020, *see* Docket No. 9.  Through that stipulation "the parties agree[d] to stay this petition until the earlier of May 19, 2020, or when one of the following conditions is met: 1) the *Zepeda* [*Rivas*] court makes a determination on his release; or 2) the *Zepeda* [*Rivas*] injunction is stayed by a higher court."  *See* Docket No. 9.  The Court noted that if the stay were lifted and Mr. Garcia Gonzalez had not been released, the Court would order the government to respond to Mr. Garcia Gonzalez's claims.

*Id.*

On May 21, 2020, the parties filed a joint status report.  *See* Docket No. 10.  That report indicated that Judge Chhabria had not yet made a determination regarding bail for Mr. Garcia Gonzalez, and Mr. Garcia Gonzalez was therefore requesting that the stay be lifted and the government ordered to respond to his prolonged detention claim.  *Id.*  Although the Court acknowledges that the government opposes Petitioner's request, it **ORDERS** the government to respond to Mr. Garcia Gonzalez's claims, both the claim related to COVID-19 and the claim related to prolonged detention.  Any response is due by May 28, 2020 at 12pm.  Any reply is due May 29, 2020.  A hearing is set for June 5, 2020 at 3pm.

**IT IS SO ORDERED**.

Dated: May 25, 2020

_____
EDWARD M. CHEN
United States District Judge

United States District Court
Northern District of California

2